

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00480-CR

| | | |
|---|---|---|
| Kevin Roy Beckstrand a/k/a Kevin Ray Beckstrand | § | From the 432nd District Court |
| | § | of Tarrant County (1248503D) |
| v. | § | April 2, 2015 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner_____
        Justice Anne Gardner